| | | | |
|---|---|---|---|
| Waite v. CDG Properties, LLC.......... | 896 MDA 2015<br>Affirmed | 08/15/2016 | 2013–569<br>(Centre) |
| Com. v. Delvalle–Rivera .............. | 1435 MDA 2015<br>Vacated and<br>Remanded | 08/15/2016 | CP–06–CR–0001795–<br>2012<br>CP–06–CR–0002495–<br>2012<br>(Berks) |
| Com. v. Hartman ..................... | 2027 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/15/2016 | CP–28–CR–0000006–<br>2015<br>(Franklin) |
| Comeau v. Burger..................... | 1617 WDA 2015<br>Affirmed | 08/15/2016 | PACSES Case No.<br>854102781<br>(Erie) |
| Kutsch v. Anthony ................... | 252 WDA 2016<br>Affirmed | 08/15/2016 | PACSES Case Number<br>571101351<br>(Armstrong) |
| Matter of the Adopt of L.K.; Appeal of<br>J.K. ............................... | 397 WDA 2016<br>Affirmed | 08/15/2016 | 60 in Adoption 2014<br>(Erie) |
| Demby v. Drexel University ........... | 2511 EDA 2014<br>Affirmed,<br>Reversed and<br>Remanded | 08/16/2016 | December Term, 2013<br>No. 3515<br>(Philadelphia) |
| Com. v. Gonzalez .................... | 3435 EDA 2014<br>Affirmed | 08/16/2016 | CP–39–CR–0005117–<br>2013<br>(Lehigh) |
| Com. v. Jacques...................... | 214 EDA 2015<br>Affirmed | 08/16/2016 | CP–51–CR–0000963–<br>2013<br>(Philadelphia) |
| Com. v. Harris [14] ..................... | 320 EDA 2015<br>Affirmed | 08/16/2016 | CP–51–CR–0007962–<br>2013<br>(Philadelphia) |
| Com. v. Hinton ...................... | 802 EDA 2015<br>Affirmed | 08/16/2016 | CP–46–CR–0003610–<br>2013<br>(Montgomery) |
| Domitrovitsch v. Zhou................ | 1019 EDA 2015<br>Affirmed | 08/16/2016 | C–48–CV–2012–1807<br>(Northampton) |
| Domitrovitsch v. Zhou................ | 1197 EDA 2015<br>Affirmed | 08/16/2016 | C–48–CV–2012–1807<br>(Northampton) |
| Wells Fargo Bank v. Kananavicius...... | 1258 EDA 2015<br>Affirmed | 08/16/2016 | November Term, 2009<br>No. 510<br>(Philadelphia) |
| L.A.W. v. W.R.W. .................... | 1477 EDA 2015<br>Affirmed | 08/16/2016 | 2014–12491–PF<br>(Chester) |
| Com. v. Smith ....................... | 1642 EDA 2015<br>Affirmed | 08/16/2016 | CP–51–CR–0001699–<br>2014<br>(Philadelphia) |

14. Petition for reargument denied October 24, 2016.